CITY BANK FARMERS TRUST COMPANY, as Trustee, Respondent, *v.*
SECONSET CORPORATION, Appellant.

Argued October 4, 1948; decided October 14, 1948.

644

*Granville Whittlesey, Jr.,* and *Douglas V. Lewis* for appellant. *Milton R. Friedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.